UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at Pikeville)

| | | |
|---|---|---|
| ROBERT CAUDILL, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 7: 06-028-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | **JUDGMENT** |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with Rule 58 of the Federal Rules of Civil Procedure and pursuant to 42 U.S.C. § 405(g), it is hereby **ORDERED** and **ADJUDGED** as follows:

1. The administrative decision of the Commissioner of Social Security is **AFFIRMED** and Judgment is entered in favor of the Commissioner with respect to all issues raised herein.

2. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

3. All issues properly raised herein having been resolved, this action is **DISMISSED** and **STRICKEN** from the Court's active docket.

This 9th day of October, 2009.



Signed By:
Danny C. Reeves  DCR
United States District Judge